IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TANIOS ABIDAOUD, ) | CASE NO. 1:04-CV-11567-WGY |
| ) | |
| Plaintiff, ) | JUDGE WILLIAM G. YOUNG |
| ) | |
| v. ) | MAGISTRATE JUDGE ALEXANDER |
| ) | |
| FOREST CITY RESIDENTIAL ) | **DEFENDANT'S ANSWER** |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOW COMES the Defendant, Forest City Residential Management, Inc., ("Defendant" or "Forest City"), by and through the undersigned counsel, and for its Answer to Plaintiff's Complaint, hereby states as follows:

## JURISDICTION

1. Defendant admits the allegations contained in Paragraph 1 of the Complaint.

2. Defendant admits that Plaintiff purports to bring an action under the statutes referenced in Paragraph 2 of the Complaint, but denies that the Defendant has violated any of those laws.

3. Defendant admits the allegations contained in Paragraph 3 of the Complaint.

## PARTIES

4. Defendant denies the allegations contained in Paragraph 4 of the Complaint for want of knowledge.

5. Defendant admits the allegations contained in Paragraph 5 of the Complaint.

## FACTS

6. Defendant denies the allegations contained in Paragraph 6 of the Complaint for want of knowledge.

7. Defendant admits Plaintiff was hired as a maintenance supervisor in or around April of 2003 to work at a property Forest City manages at 129 Franklin Street in Cambridge, Massachusetts. Defendant denies the remaining allegations contained in Paragraph 7 of the Complaint.

8. Defendant admits that Plaintiff's job responsibilities included supervising the maintenance staff. Defendant denies the remaining allegations contained in Paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12. Defendant denies the allegations contained in Paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14. Defendant admits that Plaintiff submitted a letter to Forest City's Human Resources Department on or about September 15, 2003, but denies the remaining allegations contained in Paragraph 14 of the Complaint.

15. Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in Paragraph 16 of the Complaint.

17. Defendant denies the allegations contained in Paragraph 17 of the Complaint.

18. Defendant admits the allegations contained in Paragraph 18 of the Complaint.

19. Defendant denies the allegations contained in Paragraph 19 of the Complaint.

20. Defendant admits the allegations contained in Paragraph 20 of the Complaint.

21. Defendant denies the allegations contained in Paragraph 21 of the Complaint.

22. Defendant denies the allegations contained in Paragraph 22 of the Complaint.

## COUNT I
### TITLE VII OF THE CIVIL RIGHTS ACT, 42 U.S.C. §2000E, *ET SEQ.*

23. Defendant restates and reasserts each and every Answer to Paragraphs 1-22 of the Complaint as if fully stated herein.

24. Defendant denies the allegations contained in Paragraph 24 of the Complaint.

25. Defendant denies the allegations contained in Paragraph 25 of the Complaint.

26. Defendant denies the allegations contained in Paragraph 26 of the Complaint.

27. Defendant denies the allegations contained in Paragraph 27 of the Complaint.

28. Defendant denies the allegations contained in Paragraph 28 of the Complaint. Defendant further denies that Plaintiff is entitled to any of the relief requested in Paragraph 28 of the Complaint.

## COUNT II
### MASSACHUSETTS GENERAL LAWS, CHAPTER 151B

29. Defendant restates and reasserts each and every Answer to Paragraphs 1-28 of the Complaint as if fully stated herein.

30. Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31. Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32. Defendant denies the allegations contained in Paragraph 32 of the Complaint.

33. Defendant denies the allegations contained in Paragraph 33 of the Complaint.

34. Defendant denies the allegations contained in Paragraph 34 of the Complaint. Defendant further denies that Plaintiff is entitled to any of the relief requested in Paragraph 34 of the Complaint.

35. Defendant denies each and every allegation not expressly admitted herein.

WHEREFORE, Defendant denies that the Plaintiff is entitled to any of the relief requested in the Complaint and requests that this matter be dismissed in its entirety without further processing.

### AFFIRMATIVE DEFENSES

1. Some or all of Plaintiff's claims fail to state a claim upon which relief can be granted.

2. Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

3. Plaintiff has failed to exhaust his administrative remedies.

4. Some or all of Plaintiff's claims are barred by the doctrines of waiver, estoppel and/or laches.

5. Any and all actions taken by Defendant were based on reasonable factors unrelated to the Plaintiff's national origin or alleged complaints of discriminatory treatment.

6. Plaintiff failed to reasonably avail himself of Defendant's Sexual and Other Harassment Policy.

7. Defendant took prompt and effective remedial action to any complaints Plaintiff raised.

8. Defendant, at all times, acted in good faith and for legitimate business reasons.

9. Plaintiff has failed to mitigate his damages, if any.

10.     Defendant reserves the right to raise additional affirmative defenses as may be appropriate upon discovery or otherwise.

                    Respectfully submitted,
                    FOREST CITY RESIDENTIAL
                    MANAGEMENT, INC.
                    By its attorneys,

                    /s/ Shannon K. Patton
                    Lee J. Hutton (OH 0006794)
                    lhutton@duvin.com
                    Shannon K. Patton (OH 0069407)
                    spatton@Duvin.com
                    *Applications for admission *pro hac vice* filed herewith
                    DUVIN, CAHN & HUTTON
                    Erieview Tower, 20th Floor
                    1301 East Ninth Street
                    Cleveland, Ohio 44114
                    Tel.: (216) 696-7600
                    Fax: (216) 696-2038

                    /s/ Nur-ul-Haq
                    Alan Posner, BBO No. 403900
                    aposner@rubrinrudman.com
                    Nur-ul-Haq, BBO No. 647448
                    nurulhaq@rubinrudman.com
                    RUBIN AND RUDMAN, LLP
                    50 Rowes Wharf
                    Boston, MA  02110
                    Tel: (617) 330-7000
                    Fax: (617) 439-9556

                    Local Counsel for the Defendant,
                    FOREST CITY RESIDENTIAL
                    MANAGEMENT, INC.

Dated: August 9, 2004