IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TANIOS ABIDAOUD, | ) | CASE NO. 1:04-CV-11567-WGY |
| | ) | |
| Plaintiff, | ) | JUDGE WILLIAM G. YOUNG |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ALEXANDER |
| | ) | |
| FOREST CITY RESIDENTIAL MANAGEMENT, INC., | ) ) | |
| | ) | |
| Defendant. | ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Alan K. Posner and Nur-ul-Haq, attorneys for Defendant Forest City Residential Management, Inc., and members in good standing of the bar of this Court, move this Honorable Court pursuant to Local Rule 83.5.3(b) to admit *pro hac vice* for purposes of representing defendant herein, Mr. Lee J. Hutton and Ms. Shannon K. Patton, Duvin, Cahn & Hutton, Erieview Tower, 20th Floor, 1301 East Ninth Street, Cleveland, OH 44114-1886, telephone number 216-696-7600, and as grounds therefor state as follows:

1.  Mr. Hutton is a member in good standing and has been admitted to practice before the following courts: Supreme Court of Ohio (1975); Northern District of Ohio (1976); Eastern District of Michigan (1982); District of Arizona (1993); Central District of Illinois, Peoria Division (1998); United States Court of Appeals for the Sixth Circuit (1983); United States Court of Appeals for the Third Circuit (1989); United States Court of Appeals for the Fourth Circuit (1991); United States Court of Appeals for the Seventh Circuit (1996); and the Supreme Court of the United States of America (1991).

2. Mr. Hutton's Ohio Supreme Court attorney registration number is 0006794. A Certification pursuant to L.R. 83.5.3(b) is filed herewith.

3. There are no disciplinary or grievance proceedings that have ever been filed against Mr. Hutton, and none are so pending.

4. Ms. Patton is a member in good standing and has been admitted to practice before the following courts: Supreme Court of Ohio (1998); Northern District of Ohio (1999); Western District of Michigan (2000); United States Court of Appeals for the Sixth Circuit (2001); and the Supreme Court of the United States of America (2002).

5. Ms. Patton's Ohio Supreme Court attorney registration number is 0069407. A Certification pursuant to L.R. 83.5.3(b) is filed herewith.

6. There are no disciplinary or grievance proceedings that have ever been filed against Ms. Patton, and none are so pending.

/s/ Nur-ul-Haq
Alan K. Posner, BBO No. 403900
aposner@rubrinrudman.com
Nur-ul-Haq, BBO No. 647448
nurulhaq@rubinrudman.com
RUBIN AND RUDMAN, LLP
50 Rowes Wharf
Boston, MA 02110
Tel: (617) 330-7000
Fax: (617) 439-9556

Local Counsel for Defendant,
FOREST CITY RESIDENTIAL
MANAGEMENT, INC.