IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TANIOS ABIDAOUD, ) | |
| ) | CASE NO. 1:04-CV-11567-WGY |
| Plaintiff, ) | JUDGE WILLIAM G. YOUNG |
| ) | MAGISTRATE JUDGE ALEXANDER |
| v. ) | |
| ) | |
| FOREST CITY RESIDENTIAL ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATION OF LEE. J. HUTTON**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Lee J. Hutton, hereby certify the following pursuant to L.R. 83.5.3(b) in support of the Motion for Admission *Pro Hac Vice* filed on my behalf:

1. I am a member of the law firm of Duvin, Cahn and Hutton, Erieview Tower, 20th Floor, 1301 East Ninth Street, Cleveland Ohio 44114-1886. I have been retained as counsel for the Defendant in the above captioned action, Forest City Residential Management, Inc., to defend in this matter.

2. I am a member in good standing of the bar of the State of Ohio. A Certificate of Good Standing from the Supreme Court of Ohio is attached herewith. I am also a member in good standing of the bars of the following jurisdictions in which I have been admitted: Northern District of Ohio (1976); Eastern District of Michigan (1982); District of Arizona (1993); Central District of Illinois, Peoria Division (1998); United States Court of Appeals for the Sixth Circuit (1983); United States Court of Appeals for the Third Circuit (1989); United States Court of Appeals for the Fourth Circuit (1991); United States Court of Appeals for the Seventh Circuit (1996); and the Supreme Court of the United States of America (1991).

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I have read and am familiar with the Local Rules of the District Court of the District of Massachusetts.

Signed under the Pains and penalties of perjury this 9th day of August 2004.

/s/ Lee J. Hutton

Lee J. Hutton, (OH 00069407)
lhutton @duvin.com
Duvin, Cahn & Hutton
Erieview Tower, 20th Floor
1301 East Ninth Street
Cleveland OH 44114-1886
Tel: (216) 696-7600
Fax: (216) 696-2038