UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Tanios Abidaoud, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11567 WGY |
| vs. | ) | |
| | ) | |
| Forest City Residential | ) | |
| Management, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S NOTICE OF NO OPPOSITION

Now comes the Plaintiff, Tanios Abidaoud, by his attorney, and respectfully puts the

Court on notice that he does not oppose the Defendant's counsel's Motion for Admission *Pro*

*Hac Vice*.

Respectfully submitted,
Tanios Abidaoud
By his attorney,


/s/ Paul F. Wood
Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

Dated: August 10, 2004