UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tanios Abidaoud, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 04-11567 WGY |
| vs. | ) |
| | ) |
| Forest City Residential | ) |
| Management, Inc., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RETURNS OF SERVICE

Now comes the Plaintiff, Tanios Abidaoud, by his attorney, and respectfully submits herein his returns of service in the above action.

Respectfully submitted,
Tanios Abidaoud
By his attorney,

Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro se parties/ attorneys of record by hand/first class mail, postage prepaid, on 8/12/04

# United States District Court

DISTRICT OF __Massachusetts__

Tanios Abidaoud,

V.

Forest City Residential Management, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 11567 WGY

TO: (Name and address of defendant)
Any Officer, Managing or General Agent
Forest City Residential Management, Inc.
1026 Terminal Tower
Cleveland, OH 44113

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114

(617) 532-2666

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE JUL 1 4 2004

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 8/12/04 |
| NAME OF SERVER (PRINT) PAUL F. WOOD | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By agreement and also pursuant to Fed.R.Civ.P. 12(h) service waived by Defendant on 8/10/04.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/04
           Date

Signature of Server

Address: Law Office of Paul F. Wood P.C.
45 Bowdoin Street
Boston, Massachusetts 02114

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.