IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TANIOS ABIDAOUD, | ) | CASE NO. 1:04-CV-11567-WGY |
| | ) | |
| Plaintiff, | ) | JUDGE WILLIAM G. YOUNG |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ALEXANDER |
| | ) | |
| FOREST CITY RESIDENTIAL | ) | **DEFENDANT'S UNOPPOSED** |
| MANAGEMENT, INC., | ) | **MOTION TO CONTINUE** |
| | ) | **SCHEDULING CONFERENCE** |
| Defendant. | ) | |
| | ) | |

NOW COMES the Defendant, Forest City Residential Management, Inc., ("Defendant" or "Forest City"), by and through the undersigned counsel, and hereby respectfully requests that this Honorable Court change the date of the scheduling conference in this matter, which is currently set to occur on October 18, 2004. Defense counsel seeks this continuance because the scheduling conference conflicts with counsel's previously scheduled trial dates in other matters. Specifically, attorney Lee Hutton is previously scheduled to be in California starting October 12, 2004, for the trial of the case *Jon Candy v. Electronic Data Systems Corporation, et al.,* Case No. 02AS03179, pending in the Superior Court for the State of California, County of Sacramento. At the same time, attorney Shannon Patton is previously scheduled for trial beginning October 18, 2004, in *Emilia Heinrich v. Brentwood Originals,* Case No. 03-CV-1840, pending before the Honorable Peter Economus in the United States District Court for the Northern District of Ohio, Eastern Division. At present, there is no indication that either trial will be continued for any reason.

The undersigned has consulted with Plaintiff's counsel, who has no objection to this Motion. Accordingly, Defendant respectfully requests that this Honorable Court continue the scheduling

612285_1

conference of this matter to a date convenient for the Court. Counsel for both parties could be available and suggest the following dates for a scheduling conference: October 25-27, 29, November 4-5, or during the week of November 8, 2004.

Respectfully submitted,

/s/ Shannon K. Patton
Lee J. Hutton (OH 0006794)
    Lhutton@Duvin.com
Shannon K. Patton (OH 0069407)
    Spatton@Duvin.com
*Admitted *pro hac vice*
DUVIN, CAHN & HUTTON
Erieview Tower, 20th Floor
1301 East Ninth Street
Cleveland, Ohio 44114
Tel.: (216) 696-7600
Fax: (216) 696-2038

September 16, 2004

Attorneys for the Defendant,
FOREST CITY RESIDENTIAL MANAGEMENT, INC.

/s/ Alan Posner
Alan Posner
    aposner@rubinrudman.com
Nur-ul-Haq
    nurulhaq@rubinrudman.com
RUBIN AND RUDMAN, LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000
(617) 439-9556 facsimile

Local Counsel for the Defendant,
FOREST CITY RESIDENTIAL MANAGEMENT, INC.

612285_1

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2004, a copy of the foregoing *Defendant's Unopposed Motion to Continue Scheduling Conference* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ Nur-ul-Haq

249624

612285_1