UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Tanios Abidaoud, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11567 WGY |
| vs. | ) | |
| | ) | |
| Forest City Residential | ) | |
| Management, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RULE 16.1(d)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with respect to the above matter (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

By: _____  7/8/04
    Tanios Abidaoud          Date

By: _____  9/7/04
    Paul F. Wood, BBO No. 565195   Date
    Law Office of Paul F. Wood, P.C.
    45 Bowdoin Street
    Boston, Massachusetts 02114
    (617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro se parties/ attorneys of record by hand/first class mail, postage prepaid, on 9-13-04