IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TANIOS ABIDAOUD, | ) | CASE NO. 1:04-CV-11567-WGY |
| | ) | |
| Plaintiff, | ) | JUDGE WILLIAM G. YOUNG |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ALEXANDER |
| | ) | |
| FOREST CITY RESIDENTIAL | ) | **DEFENDANT'S CORPORATE** |
| MANAGEMENT, INC., | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the Defendant, Forest City Residential Management, Inc., ("Defendant" or "Forest City"), by and through the undersigned counsel and pursuant to Local Rule 7.3, and hereby advises this Honorable Court that it is a privately-owned company. Its parents corporation, Forest City Enterprises, Inc., is a publicly traded corporation, but is not a party to this matter and has no financial interest in the outcome of this litigation.

Respectfully submitted,

/s/ Shannon K. Patton
Lee J. Hutton (OH 0006794)
   Lhutton@Duvin.com
Shannon K. Patton (OH 0069407)
   Spatton@Duvin.com
*Admitted *pro hac vice*
DUVIN, CAHN & HUTTON
Erieview Tower, 20th Floor
1301 East Ninth Street
Cleveland, Ohio 44114
Tel.: (216) 696-7600
Fax: (216) 696-2038

September 21, 2004

Attorneys for the Defendant,
FOREST CITY RESIDENTIAL MANAGEMENT, INC.

/s/ Alan Posner
Alan Posner
       aposner@rubinrudman.com
Nur-ul-Haq
       nurulhaq@rubinrudman.com
RUBIN AND RUDMAN, LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000
(617) 439-9556 facsimile

Local Counsel for the Defendant,
FOREST CITY RESIDENTIAL MANAGEMENT,
INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2004, a copy of the foregoing *Defendant's Corporate Disclosure Statement* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/   Nur-ul-Haq
Nur-ul-Haq

250076