IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TANIOS ABIDAOUD, | ) | CASE NO. 1:04-CV-11567-WGY |
| | ) | |
| Plaintiff, | ) | JUDGE WILLIAM G. YOUNG |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ALEXANDER |
| | ) | |
| FOREST CITY RESIDENTIAL | ) | **DEFENDANT'S LOCAL** |
| MANAGEMENT, INC., | ) | **RULE 16.1(d)(3) CERTIFICATION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the Defendant, Forest City Residential Management, Inc., ("Defendant" or "Forest City"), along with the undersigned counsel, and hereby certify, in accord with Local Rule 16.1(d)(3) that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Minta Monchein
On Behalf of
FOREST CITY RESIDENTIAL
MANAGEMENT, INC.

Respectfully submitted,

_____
Lee J. Hutton (OH 0006794)
Lhutton@Duvin.com
Shannon K. Patton (OH 0069407)
Spatton@Duvin.com
*Admitted *pro hac vice*
DUVIN, CAHN & HUTTON
Erieview Tower, 20th Floor
1301 East Ninth Street
Cleveland, Ohio 44114

September 29, 2004

Tel.: (216) 696-7600
Fax: (216) 696-2038

Attorneys for the Defendant,
FOREST CITY RESIDENTIAL MANAGEMENT, INC.

Alan Posner
aposner@rubinrudman.com
Nur-ul-Haq
nurulhaq@rubinrudman.com
RUBIN AND RUDMAN, LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000
(617) 439-9556 facsimile

Local Counsel for the Defendant,
FOREST CITY RESIDENTIAL MANAGEMENT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2004, a copy of the foregoing *Defendant's Local Rule 16.1(d)(3) Certification* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ Nur-ul-Haq

612285_1