UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Tanios Abidaoud, | ) | |
| | ) | |
|   Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11567 WGY |
| vs. | ) | |
| | ) | |
| Forest City Residential | ) | |
|   Management, Inc., | ) | |
| | ) | |
|   Defendant. | ) | |

JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

    Now come the Parties, by their respective counsel, and submit herein their Local Rule 16.1(D) Joint Statement:

(1)    Discovery Plan -

    **December 15, 2004:**    Automatic Required Disclosures served.

    **April 30, 2005**:    Non-expert Discovery completed.

    **April 30, 2005**:    Plaintiff's Expert Disclosure served.

    **May 31, 2005:**    Defendants' Expert Disclosures served.

    **June 30, 2005**:    All expert discovery completed.

    The Parties do not believe that phased discovery is appropriate in this action.

(2)    Proposed Schedule for the Filing of Motions -

    **July 31, 2005:**    All motions under Fed.R.Civ.P. 56 filed, with oppositions to be filed within twenty-one days thereafter.

    **October, 2005:**    The Parties will be ready for trial.

(3) <u>Certifications Signed by Counsel and Authorized Party Representatives</u> -

The said Certifications will be filed by the Parties under separate cover.

                                                                   Respectfully Submitted,

| | |
|---|---|
| Tanios Abidaoud | Forest City Residential Management, Inc. |
| By his attorney, | By its attorneys |
| | |
| /s/Paul F. Wood | /s/Shannon K. Patton(pfw w/permission) |
| Paul F. Wood, BBO 565195 | Lee J. Hutton, OH 0006794 |
| Law Office of Paul F. Wood, P.C. | Shannon K. Patton, OH 0069407 |
| 45 Bowdoin Street | *Admitted *pro hac vice* |
| Boston, MA  02114 | Duvin, Cahn & Hutton |
| (617) 532-2666 | Erieview Tower, 20th Floor |
| | 1301 East Ninth Street |
| | Cleveland, OH 44114 |
| | (216)696-7600 |
| | |
| | /s/Nur-ul-Haq(pfw w/permission) |
| | Alan K. Posner, BBO 403900 |
| | Nur-ul-Haq, BBO 647448 |
| | Rubin and Rudman, LLP |
| | 50 Rowes Wharf |
| | Boston, MA 02110 |
| | (617) 330-7000 |