IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TANIOS ABIDAOUD, | ) | CASE NO. 1:04-CV-11567-WGY |
| | ) | |
| Plaintiff, | ) | JUDGE WILLIAM G. YOUNG |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ALEXANDER |
| | ) | |
| FOREST CITY RESIDENTIAL | ) | **JOINT MOTION FOR ENTRY** |
| MANAGEMENT, INC., | ) | **OF STIPULATED PROTECTIVE** |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

NOW COME the parties, Plaintiff Tanios Abidaoud and Defendant Forest City Residential Management, Inc., by and through their undersigned counsel, and hereby respectfully request that this Honorable Court enter the attached Stipulated Protective Order. The parties contemplate exchanging confidential information during the course of discovery in this matter and have negotiated the attached Stipulated Protective Order to aid the parties in designating confidential information as such and to protect such information from disclosure outside this lawsuit.

Respectfully submitted,

Paul Wood (per telephone consent)  /s/ Shannon K. Patton
Pfwatty@rcn.com  Lee J. Hutton (OH 0006794)
LAW OFFICE OF PAUL F. WOOD, P.C.  Lhutton@Duvin.com
45 Bowdoin Street  Shannon K. Patton (OH 0069407)
Boston, MA 02114  Spatton@Duvin.com
Tel: (617) 532-2666  *Admitted *pro hac vice*
Fax: (617) 532-2667  DUVIN, CAHN & HUTTON
Erieview Tower, 20th Floor
1301 East Ninth Street
Cleveland, Ohio 44114
Tel.: (216) 696-7600
Fax: (216) 696-2038

Attorney for Plaintiff,  Attorneys for the Defendant,
TANIOS ABIDAOUD  FOREST CITY RESIDENTIAL MANAGEMENT, INC.

/s/ Alan Posner
Alan Posner
aposner@rubinrudman.com
Nur-ul-Haq
nurulhaq@rubinrudman.com
RUBIN AND RUDMAN, LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000
(617) 439-9556 facsimile

Local Counsel for the Defendant,
FOREST CITY RESIDENTIAL MANAGEMENT, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 7, 2005, a copy of the foregoing *Joint Motion for Entry of Stipulated Protective Order* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                                                              /s/ Shannon K. Patton
                                                              Shannon K. Patton

261408