IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TANIOS ABIDAOUD, | ) | CASE NO. 04 11567 WGY |
| Plaintiff, | ) ) ) | JUDGE YOUNG |
| v. | ) ) | |
| FOREST CITY RESIDENTIAL MANAGEMENT, INC. | ) ) ) | **STIPULATED PROTECTIVE ORDER** |
| Defendant. | ) ) | |

Pursuant to the stipulation of the parties, through their respective counsel, IT IS HEREBY ORDERED AS FOLLOWS:

1. This Stipulated Protective Order governs the use of Confidential Information produced through discovery in the above-referenced action.

2. Confidential Information shall mean the documents and information identified by the parties as confidential, including all documents reflecting health or medical information, personal identification information, financial information, work performance or salary information on other employees of Defendant, or any other documents agreed by counsel to be marked as confidential and such documents shall be retained within the exclusive possession and control of the undersigned counsel.

3. Any party may designate any or all portions of a deposition as Confidential Information by so stating on the record or in writing within fourteen days after receipt of the deposition transcript. Nothing in this Stipulated Protective Order shall preclude the parties from challenging the confidential designation of any documents or information.

4. The parties agree that they shall use Confidential Information only for the purposes

of preparing for and conducting litigation proceedings in this action, and only in the manner prescribed herein, including but not limited to, in conformance with the standards and practices in the Code of Professional Responsibility.

5. The content and substance of all Confidential Information produced pursuant to this Stipulated Protective Order may in no way be shown, divulged or otherwise communicated to any person or entity, except for the witnesses or consultants employed or retained by the parties, their legal counsel and necessary staff employees thereof, or their representatives, in connection with this specific litigation.

6. This Stipulated Protective Order is not intended to and does not limit counsels ability to communicate with their client(s). Counsel agree to inform their clients of their duty to maintain the confidentiality of any designated confidential information.

7. Counsel making disclosure to the witnesses or consultants employed or retained by the parties, their legal counsel and necessary staff employees thereof, or their representatives, in connection with this specific litigation, shall advise any such person or entity of the express terms of this Stipulated Protective Order, and shall provide such person or entity with a copy if he or she so requests.

8. This Court shall retain jurisdiction following the termination of this action for enforcement of the provisions of this Stipulated Protective Order and any orders entered pursuant to this Stipulated Protective Order.

9. Nothing in this Stipulated Protective Order shall be deemed to preclude the admission into evidence of this case the documents subject to this Stipulated Protective Order, and the parties herein have reserved all rights to seek admission into evidence of such information, or to object to the admissibility of such materials, subject to the terms of this Stipulated Protective Order.

10. In the event either party should need to rely on any Confidential Information in any motions or pleadings filed with the Court, said filing should be under seal and not part of the public record.

IT IS SO ORDERED. ~~as modified~~ 3/24

10. Nothing shall be filed in this case under seal absent a specific court order.

_____
JUDGE YOUNG

STIPULATED TO:

Paul F. Wood
LAW OFFICE OF PAUL F. WOOD, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666
(617) 532-2667 (FAX)

Attorney for Plaintiff
TANIOS ABIDAOUD

Lee J. Hutton (OH 0006794)
*Admitted Pro Hac Vice*
Shannon K. Patton (OH 0069407)
*Admitted Pro Hac Vice*
DUVIN, CAHN & HUTTON
Erieview Tower - 20th Floor
1301 East Ninth Street
Cleveland, OH 44114
(216) 696-7600
(216) 696-2038 (FAX)

Attorneys for Defendant
FOREST CITY RESIDENTIAL MANAGEMENT, INC.

260626