UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tanios Abidaoud,       ) | |
|                               ) | |
|   Plaintiff,        ) | CIVIL ACTION NO. |
|                               ) | 04-11567 WGY |
| vs.                          ) | |
|                               ) | |
| Forest City Residential      ) | |
|   Management, Inc.,      ) | |
|                               ) | |
|   Defendant.       ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate and agree that all claims in this action, and all claims which could have been brought in this action, shall be dismissed with prejudice and without costs, waiving all rights of Appeal.

Respectfully submitted,

| | |
|---|---|
| Tanios Abidaoud | Forest City Residential Management, Inc. |
| By his attorney, | By its attorneys |
| | |
| /s/ Paul F. Wood | /s/ Shannon K. Patton (pfw w/permission) |
| Paul F. Wood, BBO 565195 | Lee J. Hutton, OH 0006794 |
| Law Office of Paul F. Wood, P.C. | Shannon K. Patton, OH 0069407 |
| 45 Bowdoin Street | *Admitted *pro hac vice* |
| Boston, MA  02114 | Duvin, Cahn & Hutton |
| (617) 532-2666 | Erieview Tower, 20th Floor |
| | 1301 East Ninth Street |
| | Cleveland, OH 44114 |
| | (216)696-7600 |

/s/ Alan K. Posner (pfw w/permission)
Alan K. Posner, BBO 403900
Nur-ul-Haq, BBO 647448
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000